**Order filed August 10, 2021.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-21-00361-CV
_____

## IN THE INTEREST OF E.J.A., E.B.A., AND E.P.A., CHILDREN

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010245**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 245th District Court informed this court that appellant had not requested preparation of or made arrangements for payment for the reporter's record. On July 2, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Unless appellant provides this court with proof the record has been requested and payment arrangements have been made, appellants' brief will be set due when the clerk's record is filed, and we will consider and decide those issues that do not require a reporter's record.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.